VIRGINIA DEPARTMENT OF CORRECTIONS  
Regular Grievance Form

9/1/2004  
Operating Procedure# 866  Attachment #2

# REGULAR GRIEVANCE FORM

Log Number _____

| Last Name | First | Number | Building | Cell Number |
|---|---|---|---|---|
| Delonta (n. shkks) | Ophelia | #120047 | C5 | A 42 |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: who did you see, when did you see them, what was done OR attach informal complaint if Implementation Memorandum requires such).

On or about 3-11-09 I was violated sexually as well as extorted by C/O S. Anderson. While housed in C-5, I was in the laundry when C/O Anderson approached me from behind runing her hand between my legs, fondling my private area. I'm not satisfied with the informal response, due to this incident should have been investigated fully of every aspect.

**What action do you want taken?** per policy when an inmate is sexually assaulted there should be counsling, especially when staff is accused. I'm experiencing sever stress, bouts of depression, guilt, paranoia, which makes my side effects of my GID even worse, because of the uncontrolable urges that becoming over-whelming. I want and need help.

Grievant's Signature: Ophelia Delonta

Date: 6-2-09

Warden/Superintendent's Office: _____

Date Received: _____

RECEIVED AUG 26 2009 Ombudsman Services Unit Central Region

Exhibit A

RECEIVED JUN 04 2009 GRIEVANCE OFFICE

1 of 2

Revision Date: 9/1/2004

VIRGINIA DEPARTMENT OF CORRECTIONS                                       9/1/2004
Regular Grievance Form                              Operating Procedure# 866   Attachment #2

**INSTRUCTIONS FOR FILING:** You are required per Division Operating Procedure 866 "Inmate Grievance Procedure" to attempt to resolve your complaint in good faith prior to filing a regular grievance. The institutional Implementation Memorandum 866 details the informal process to use. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

| | |
|---|---|
| **INTAKE:** | Grievances should be accepted for logging unless returned for the following reason(s): |
| | Non-Grievable. This issue has been defined as non-grievable in accordance with Division Operating Procedure 866.<br>_____ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Division Operating Procedure 861, "Inmate Discipline".<br>_____ Matters beyond the control of the Department of Corrections. |
| | Does not affect you personally. |
| | Limited. You have been limited by the Warden/Superintendent. |
| | More than one issue – resubmit with only one issue. |
| ✓ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the inmate's control or, 2) where a more restrictive time frame has been established in Division procedures to prevent loss of remedy or the issue from becoming moot. |
| | Repetitive. This issue has been grieved previously in grievance #_____ |
| | Inquiry on behalf of other inmates. |
| | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH THE PROVISIONS IN DIVISION OPERATING PROCEDURE 861 "INMATE DISCIPLINE". |
| | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: _____ |
| | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint in accordance with the Implementation Memorandum. |
| | Request for services. |
| | Insufficient Information. You need to provide the following information to the Grievance Office before the grievance can be processed:_____ |
| | The issue in the grievance is different from the issue in the informal complaint. |

Institutional Ombudsman/Grievance Coordinator: _P. Larlee_     Date: _6/4/09_

| |
|---|
| If you disagree with this decision, you have 5 calendar days from the date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final. |
| Regional Review of Intake (within 5 working days of receipt) |
| ✓    The intake decision is being upheld in accordance with the criteria in Division Operating Procedure 866 "Inmate Grievance Procedure". |
|       The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
|       The grievances meet the criteria for intake and are being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _A. White_     Date: _8/28/09_

**WITHDRAWAL OF GRIEVANCE:** I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Inmate Signature:_____ Date:_____

Staff Witness:_____ Date:_____

Case 1:09-cv-01167-TSE -TCB   Document 1-2   Filed 10/16/09   Page 3 of 5 PageID# 16

VIRGINIA DEPARTMENT OF CORRECTIONS                                           Effective Date: November 1, 2007
Informal Complaint                                          Operating Procedure #866.1    Attachment #9

# Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

| Ophelia De'lonta | 120047 | C-5/A42 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

☐ Unit Manager/Supervisor   ☐ Food Service   ☐ Treatment Program Supervisor
☐ Personal Property          ☐ Commissary     ☐ Mailroom
☐ Medical Administrator      ☐ Other (Please Specify): _____

Briefly explain the nature of your complaint (be specific):

On or about 3-11-09 I was violated Sexually as well as Extorted by C/O S. Anderson. While housed in C-5, I was in the laundry when C/O Anderson aproached me from behind runing her hand between my legs fondling my private area. Stating this should give you the incentive to do what I tell you to do.

Offender Signature: *Ophelia Delonta*   Date: 5-20-09

**Offenders - Do Not Write Below This Line**

Date Received: 5-26-09                    Tracking # 13625
Response Due: 6-9-09                      Assigned to: Sgt. Bendrick

Action Taken/Response:

This complaint is very delayed. Moreover, the Staff member is no longer here.

Respondent Signature: _____   Printed Name and Title: JOHN BENDRICK Investigator   Date: 6/2/09

[Stamps: RECEIVED JUN 04 2009 GRIEVANCE OFFICE; RECEIVED AUG 26 2009 Ombudsman Services Unit]

Original - Offender          First Copy - File          Second Copy - Offender as Intake Receipt

VIRGINIA DEPARTMENT OF CORRECTIONS  
Informal Complaint

Effective Date: November 1, 2007  
Operating Procedure #866.1   Attachment #9

| | INTAKE: Informal Complaints should be accepted for logging unless returned for the following reason (s): |
|---|---|
| ☐ | Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*. |
| ☐ | Does not affect you personally |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Repetitive. This issue has been addressed previously in Informal Complaint # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Informal Complaints are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original Informal Complaint for responses and appeals. |
| ☐ | Informal Complaints Filed Regarding Another Institution. This Informal Complaint is being returned to you for you to submit to: |
| ☐ | Request for services |
| ☐ | Insufficient Information. You need to provide the following information before the Informal Complaint can be processed: _____ |

Grievance Office Designee Signature      Printed Name      Date

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____   Date: _____

Staff Witness Signature: _____   Date: _____

2 of 2                                    *Revision Date: 7/13/07*

The grievance should meet the criteria for intake because this incident was investigated after I reported . I was instructed to do certain things doing this investigation, once it was over I never was contacted after that, which someone should have followed up.

*Ophelia Delontz*
8-21-09

**RECEIVED**

AUG 26 2009

Ombudsman Services Unit
Central Region